Hank Rugeley
State Bar No. 17382900
hankrugeley@sbcglobal.net
**DAVISON RUGELEY, L.L.P.**
900 Eighth Street, Suite 1102
Wichita Falls, Texas 76301
(940) 766-1388

ATTORNEYS FOR FIDELITY BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| J&D CONSTRUCTION, LLC, | § § | CASE NO. 19-70190-11 |
| DEBTOR. | § § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned, Hank Rugeley, represents Fidelity Bank, a party in interest in this case, and hereby submits this Notice of Appearance in connection therewith.

Pursuant to Rules 2002(g) and (i), 4001, 9013, and 9022 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests that he be added to all mailing lists and matrixes in this case and that copies of all notices, pleadings, judgments and orders in this case be sent to the undersigned at the following address:

Hank Rugeley, Esquire
Davison Rugeley, L.L.P.
900 Eighth Street, Suite 1102
Wichita Falls, Texas 76301
hankrugeley@sbcglobal.net

This notice of appearance and request for notices is submitted for the purpose of receiving copies of notices, pleadings, judgments and orders in this case.  By

submitting this notice of appearance and request for notices, Fidelity Bank is not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any purpose, and Fidelity Bank expressly reserves the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which Fidelity Bank may be a party.

Respectfully submitted,

**DAVISON RUGELEY, L.L.P.**
900 Eighth Street, Suite 1102
Wichita Falls, Texas 76301
(940) 766-1388

By: */s/ Hank Rugeley*
    Hank Rugeley
    State Bar No. 17382900

ATTORNEYS FOR FIDELITY BANK

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2019, a true and correct copy of the foregoing was served on all parties of record via ECF or first class mail as follows:

| | |
|---|---|
| John A. Leonard<br>Leonard Key & Key<br>P.O. Box 8385<br>Wichita Falls, Texas 76307 | U. S. Trustee<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242-1496 |

*/s/ Hank Rugeley*
Hank Rugeley

P:\HLR\FIDELITY 2019\6011.121 J&D CONSTRUCTION\BANKRUPTCY PLEADINGS\NOTICE OF APPEARANCE.DOCX