John A. Leonard
LEONARD, KEY & KEY, PLLC
900 Eighth Street - Suite 320
Wichita Falls Texas 76307-8385
Telephone: (940) 322-5217
Fax:   (940) 322-3381
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
NOTHERN DISTRCT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| J&D CONSTRUCTION, LLC | § § § | CASE NO. 19-70190-HDH-11 |
| Debtor | § | |

**AFFIDAVIT OF PROPOSED ATTORNEY**
(Related Document # 10 )

TO THE HONORABLE HARLIN D. HALE, UNITED STATES BANKRUPTCY JUDGE:

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF WICHITA | § |

BEFORE ME, the undersigned notary public, personally appeared John A. Leonard, who, after being duly sworn, did depose and state:

"That he is an attorney duly admitted to practice in the State of Texas before the United States District Court for the Northern District of Texas; that he maintains a practice of law and is a partner in the law firm of Leonard, Key & Key PLLC at 900 Eighth Street, Suite 327, Post Office Box 8385, Wichita Falls, Texas 76307-8385, and neither he, Tom Key or John Key have any connection with J&D Construction, LLC, the above named Debtor, its creditors, or any other party in interest herein or their respective attorneys.

_____
John A. Leonard

AFFIDAVIT/ATTORNEY            Page 1 of 2

SUBSCRIBED AND SWORN TO BEFORE ME by the said John A. Leonard, this the 29th day of July 2019 to certify which witness my hand and seal of office.



Notary Public in and for the State of Texas