**Fill in this information to identify the case:**

Debtor name: **J&D Construction, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **19-70190-11**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>**First Capital Bank**<br><br>Creditor's mailing address<br>**5030 Stone Lake Dr**<br>**PO Box 9328**<br><br>**Wichita Falls    TX    76308**<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | Describe debtor's property that is subject to a lien<br>**12 H Motor grader**<br>Describe the lien<br>**Debt / Agreement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65,100.00 | $85,500.00 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $350,954.09

Debtor  J&D Construction, LLC  Case number (if known) 19-70190-11

**Part 1: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.2**
Creditor's name: **First Capital Bank**
Creditor's mailing address: **120 West 3rd Street**
Quanah  TX  79252
Creditor's email address, if known:
Date debt was incurred:
Last 4 digits of account number: ___ ___ ___ ___
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien: **Equipment, trucks**
Describe the lien: **Debt / Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **$218,354.09**   Value: **$757,750.00**

**2.3**
Creditor's name: **Kubota**
Creditor's mailing address: **P. O. Box 0559**
Carol Stream  IL  60132-0559
Creditor's email address, if known:
Date debt was incurred:
Last 4 digits of account number: ___ ___ ___ ___
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien: **FX 080-4 excavator**
Describe the lien: **Debt / Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **$57,500.00**   Value: **$95,000.00**

Debtor **J&D Construction, LLC**      Case number (if known) **19-70190-11**

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4**

**Creditor's name**
**Wichita County Taxing Authority**

**Creditor's mailing address**
**P. O. Box 1471**

**Wichita Falls     TX    76307**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Business property**

**Describe the lien**
**Property taxes / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,000.00      $10,000.00