**Fill in this information to identify the case:**

Debtor: **J&D Construction, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **19-70190-11**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Billy Don Armstrong**
**2008 Brown St**

**Wichita Falls          TX     76309**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **1** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Child support**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$243.00**     Priority amount: **$0.00**

**2.2** Priority creditor's name and mailing address
**Freddie Alan Fowler**
**1200 30th St**

**Wichita Falls          TX     76302**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **1** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Child support**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,645.16**     Priority amount: **$0.00**

Debtor  **J&D Construction, LLC**  Case number (if known) **19-70190-11**

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.3** Priority creditor's name and mailing address
**Internal Revenue Service**
**1000 Commerce Street**
**Mail Code 5028 DAL**

**Dallas**           **TX**    **75242**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: **$14,575.08**   Priority amount: **$14,575.08**

---

**2.4** Priority creditor's name and mailing address
**Internal Revenue Service**
**1000 Commerce Street**
**Mail Code 5028 DAL**

**Dallas**           **TX**    **75242**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: **$8,795.03**   Priority amount: **$8,795.03**

---

**2.5** Priority creditor's name and mailing address
**Texas Attorney General's Office**
**Bankruptcy-Collections Division**
**PO Box 12548**

**Austin**           **TX**    **78711-2548**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **1** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Child support**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: **$1,888.16**   Priority amount: **$1,888.16**

Debtor **J&D Construction, LLC**     Case number (if known) **19-70190-11**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address     **$368.23**

Action Battery
911 Old Jacksboro Hwy

Wichita Falls    TX    76301

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address     **$966.69**

Ally's Generator Shop
4503 Old Jacksboro Hwy

Wichita Falls    TX    76302

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address     **$329.70**

Asco Equipment
P. O Box 3888

Lubbock    TX    79464

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address     **$937.01**

Atmos Energy
P. O. Box 841425

Dallas    TX    75284

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **J&D Construction, LLC**  Case number (if known) **19-70190-11**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5** Nonpriority creditor's name and mailing address  
Bio City Crushed Concrete  
4600 Old Decatur Rd  
Fort Worth    TX    76106  
Date or dates debt was incurred  
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Debt  

Is the claim subject to offset?  
☑ No  
☐ Yes  

$7,900.00

**3.6** Nonpriority creditor's name and mailing address  
Bruckner's Mack & Volvo  
4520 Northwest Fwy  
Wichita Falls    TX    76306  
Date or dates debt was incurred  
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Debt  

Is the claim subject to offset?  
☑ No  
☐ Yes  

$3,000.00

**3.7** Nonpriority creditor's name and mailing address  
Dodge Date & Analytics LLC  
300 American Metro Blvd #185  
Trenton    NJ    08619  
Date or dates debt was incurred  
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Debt  

Is the claim subject to offset?  
☑ No  
☐ Yes  

$568.16

**3.8** Nonpriority creditor's name and mailing address  
Dolese Bros Co  
Box 960144  
Oklahoma City    OK    73196-0144  
Date or dates debt was incurred  
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Debt  

Is the claim subject to offset?  
☑ No  
☐ Yes  

$2,365.24

Debtor  **J&D Construction, LLC**   Case number (if known) __19-70190-11__

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** Nonpriority creditor's name and mailing address
Federated Insurance
PO Box 64304

Saint Paul   MN   55164
Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt

Is the claim subject to offset?
☑ No
☐ Yes

$15,299.00

**3.10** Nonpriority creditor's name and mailing address
Fidelity Bank
2525 Kell Blvd, Suite 100

Wichita Falls   TX   76308
Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt

Is the claim subject to offset?
☑ No
☐ Yes

$29,811.42

**3.11** Nonpriority creditor's name and mailing address
Fidelity Bank
2525 Kell Blvd, Ste 100

Wichita Falls   TX   76308
Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt

Is the claim subject to offset?
☑ No
☐ Yes

$4,777.64

**3.12** Nonpriority creditor's name and mailing address
Fidelity Bank
2525 Kell Blvd, Suite 100

Wichita Falls   TX   76308
Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Is the claim subject to offset?
☑ No
☐ Yes

$1,162.64

Debtor **J&D Construction, LLC** Case number (if known) **19-70190-11**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13** Nonpriority creditor's name and mailing address  
Fowler Trucking and Diesel Repair, Inc  
2432 Business Highway 287  

Valley View  TX  76272  

Date or dates debt was incurred  
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Debt  

Is the claim subject to offset?  
☑ No  
☐ Yes  

$3,500.00

**3.14** Nonpriority creditor's name and mailing address  
H G Jenkins Construction Asphalt  
1630 SW Railroad St  

Lawton  OK  73501  

Date or dates debt was incurred  
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Debt  

Is the claim subject to offset?  
☑ No  
☐ Yes  

$6,650.00

**3.15** Nonpriority creditor's name and mailing address  
Haigood & Campbell LLC  
Box 1066  

Archer City  TX  76351  

Date or dates debt was incurred  
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Debt  

Is the claim subject to offset?  
☑ No  
☐ Yes  

$15,171.16

**3.16** Nonpriority creditor's name and mailing address  
Powerplan  
21310 Network Place  

Chicago  IL  60673-1213  

Date or dates debt was incurred  
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Debt  

Is the claim subject to offset?  
☑ No  
☐ Yes  

$3,369.68

Debtor __J&D Construction, LLC__ Case number (if known) __19-70190-11__

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,048.88 |

Southern Tire Mart
810 E Scott Ave

☐ Contingent
☐ Unliquidated
☐ Disputed

Wichita Falls   TX   76301

Basis for the claim: Debt

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,011.24 |

T&W Tire
P. O. Box 258859

☐ Contingent
☐ Unliquidated
☐ Disputed

Oklahoma City   OK   73125

Basis for the claim: Debt

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.14 |

Tech Air of TexasPO Box 69016

☐ Contingent
☐ Unliquidated
☐ Disputed

Baltimore   MD   21264-9016

Basis for the claim: Debt

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

Tommy Smyth
Wichita County Tax Assessor Collector
600 Scott Ave Ste 103

☐ Contingent
☐ Unliquidated
☐ Disputed

Wichita Falls   TX   76301

Basis for the claim: Debt

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **J&D Construction, LLC**     Case number (if known) **19-70190-11**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21** Nonpriority creditor's name and mailing address     $5,145.00

Tugman & Cox PC
308 S Ave D

Burkburnett     TX     76354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address     $1,219.97

Unifirst Holdings Inc
4407 Henry S Grace Frwy

Wichita Falls     TX     76302

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address     $2,614.05

US Lime Company
PO Box 201752

Dallas     TX     75320-1752

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address     $111.28

Western Supplies
3601 Central E Fwy

Wichita Falls     TX     76306

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| | |
|---|---|
| Debtor | J&D Construction, LLC |
| Case number (if known) | 19-70190-11 |

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.25** Nonpriority creditor's name and mailing address  
Wichita Bearing  
PO Box 1150  
Wichita Falls  TX  76307

As of the petition filing date, the claim is:  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim: Debt

Date or dates debt was incurred  
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?  
☑ No  
☐ Yes

**$92.40**

---

**3.26** Nonpriority creditor's name and mailing address  
Wyatt Motor & Brake  
606 E Scott  
Wichita Falls  TX  76301

As of the petition filing date, the claim is:  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim: Debt

Date or dates debt was incurred  
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?  
☑ No  
☐ Yes

**$279.79**

---

**3.27** Nonpriority creditor's name and mailing address  
Zack Burkett Co  
PO Box 40  
Graham  TX  76450

As of the petition filing date, the claim is:  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim: Debt

Date or dates debt was incurred  
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?  
☑ No  
☐ Yes

**$11,970.00**

Debtor   **J&D Construction, LLC**   Case number (if known) **19-70190-11**

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $27,146.43 |
| 5b. Total claims from Part 2 | 5b. + | $130,800.32 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $157,946.75 |