| Fill in this information to identify the case: | |
|---|---|
| Debtor name | J&D Construction, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 19-70190-11 |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Fidelity Bank<br>2525 Kell Blvd, Suite 100<br>Wichita Falls, TX 76308 | | Debt | | | | $29,811.42 |
| 2 | Federated Insurance<br>PO Box 64304<br>Saint Paul, MN 55164 | | Debt | | | | $15,299.00 |
| 3 | Haigood & Campbell LLC<br>Box 1066<br>Archer City, TX 76351 | | Debt | | | | $15,171.16 |
| 4 | Internal Revenue Service<br>1000 Commerce Street<br>Mail Code 5028 DAL<br>Dallas, TX 75242 | | Taxes | | | | $14,575.08 |
| 5 | Zack Burkett Co<br>PO Box 40<br>Graham, TX 76450 | | Debt | | | | $11,970.00 |

Debtor __J&D Construction, LLC__    Case number (if known) __19-70190-11__
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Tommy Smyth<br>Wichita County Tax Assessor Collector<br>600 Scott Ave Ste 103<br>Wichita Falls, TX 76301 | | Debt | | | | $10,000.00 |
| 7 | Internal Revenue Service<br>1000 Commerce Street<br>Mail Code 5028 DAL<br>Dallas, TX 75242 | | Taxes | | | | $8,795.03 |
| 8 | Bio City Crushed Concrete<br>4600 Old Decatur Rd<br>Fort Worth, TX 76106 | | Debt | | | | $7,900.00 |
| 9 | H G Jenkins Construction Asphalt<br>1630 SW Railroad St<br>Lawton, OK 73501 | | Debt | | | | $6,650.00 |
| 10 | Tugman & Cox PC<br>308 S Ave D<br>Burkburnett, TX 76354 | | Debt | | | | $5,145.00 |
| 11 | Fidelity Bank<br>2525 Kell Blvd, Ste 100<br>Wichita Falls, TX 76308 | | Debt | | | | $4,777.64 |
| 12 | Fowler Trucking and Diesel Repair, Inc<br>2432 Business Highway 287<br>Valley View, TX 76272 | | Debt | | | | $3,500.00 |
| 13 | Powerplan<br>21310 Network Place<br>Chicago, IL 60673-1213 | | Debt | | | | $3,369.68 |

| Debtor | J&D Construction, LLC | | Case number (if known) 19-70190-11 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Bruckner's Mack & Volvo<br>4520 Northwest Fwy<br>Wichita Falls, TX 76306 | | Debt | | | | $3,000.00 |
| 15  US Lime Company<br>PO Box 201752<br>Dallas, TX 75320-1752 | | Debt | | | | $2,614.05 |
| 16  Dolese Bros Co<br>Box 960144<br>Oklahoma City, OK 73196-0144 | | Debt | | | | $2,365.24 |
| 17  Southern Tire Mart<br>810 E Scott Ave<br>Wichita Falls, TX 76301 | | Debt | | | | $2,048.88 |
| 18  Texas Attorney General's Office<br>Bankruptcy-Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | | Child support | | | | $1,888.16 |
| 19  Freddie Alan Fowler<br>1200 30th St<br>Wichita Falls, TX 76302 | | Child support | | | | $1,645.16 |
| 20  Unifirst Holdings Inc<br>4407 Henry S Grace Frwy<br>Wichita Falls, TX 76302 | | Debt | | | | $1,219.97 |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 3