PRESENTED BY: JARED FOWLER

**J AND D CONSTRUCTION LLC**
**Cash Flow Analysis**
**07/22/2019**

| PROJECTS CURRENTLY IN PROGRESS | MONTH | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | PROJECT TOTALS | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 REMP - MONROE DRAINAGE PROJECT | START/FINISH DATES | 10th | | | | | | | | | 20TH | | | | | PAYMENTS WILL BE RECEIVED BY THE 20TH OF THE FOLLOWING MONTH, PROJECT TOTAL DOES NOT INCLUDE POSSIBLE CHANGE ORDERS THAT MAY INCREASE PRICE. |
| | DRAW AMOUNTS | | 17,654.90 | 35,125.30 | 35,125.30 | 35,125.30 | 35,125.30 | 35,125.30 | 35,125.30 | 35,125.30 | 27,310.50 | | | | $290,051.50 | |
| 2019 ALLEY REHAB PROJECT | START/FINISH DATES | | 29TH | | | | | | | 20TH | | | | | | PAYMENTS WILL BE RECEIVED BY THE 20TH OF THE FOLLOWING MONTH, PROJECT TOTAL DOES NOT INCLUDE POSSIBLE CHANGE ORDERS THAT MAY INCREASE PRICE. |
| | DRAW AMOUNTS | | | 17,387.50 | 6,948.72 | 6,948.72 | 6,948.72 | 6,948.72 | 6,948.72 | 5,347.50 | | | | | $56,479.00 | |
| | START/FINISH DATES | | | | | | | | | | | | | | | |
| | DRAW AMOUNTS | | | | | | | | | | | | | | $0.00 | |
| | START/FINISH DATES | | | | | | | | | | | | | | | |
| | DRAW AMOUNTS | | | | | | | | | | | | | | - | |
| | START/FINISH DATES | | | | | | | | | | | | | | | |
| | DRAW AMOUNTS | | | | | | | | | | | | | | $0.00 | |
| | START/FINISH DATES | | | | | | | | | | | | | | | |
| | DRAW AMOUNTS | | | | | | | | | | | | | | $0.00 | |
| | START/FINISH DATES | | | | | | | | | | | | | | | |
| | DRAW AMOUNTS | | | | | | | | | | | | | | $0.00 | |
| | MONTHLY TOTALS | - | 17,654.90 | 53,012.80 | 42,074.02 | 42,074.02 | 42,074.02 | 42,074.02 | 42,074.02 | 40,973.20 | 27,310.50 | - | | | $345,530.50 | |
| RECENT PROJECTS CURRENTLY UNDER BID OR BIDDED AND AWAITING RESULTS | | | | | | | | | | | | | | | TOTAL AWARDED PROJECTS | |
| Holiday Inn Express project (Waiting for results) | POSSIBLE START DATE | | | 10TH | | | | | 13TH | | | | | | | PAYMENTS WILL BE RECEIVED BY THE 20TH OF THE FOLLOWING MONTH, PROJECT TOTAL DOES NOT INCLUDE POSSIBLE ADDENDUM'S THAT MAY INCREASE PRICE. |
| | DRAW AMOUNTS | | | 36,655 | 26,570 | 26,570 | 26,570 | 26,570 | 26,570 | | | | | | 186,893.00 | |
| Colonial Park Veterinary Hospital (Bids 18th of July) | POSSIBLE START DATE | | | DELAYED | | | | | | | | | | | | PAYMENTS WILL BE RECEIVED BY THE 20TH OF THE FOLLOWING MONTH, PROJECT TOTAL DOES NOT INCLUDE POSSIBLE ADDENDUM'S THAT MAY INCREASE PRICE. |
| | DRAW AMOUNTS | | | | | | | | | | | | | | | |
| 2019 5A10 Airfield Maintain Grading | POSSIBLE START DATE | | | 25th | | | | | | | 30th | | | | | |
| | DRAW AMOUNTS | | | | 70,243.84 | 112,374.52 | 112,374.52 | 112,374.52 | 112,374.52 | 112,374.52 | 62,430.31 | | | | 694,546.75 | |
| | | | | | | | | | | | | TOTAL BIDDED PROJECTS | | | | 831,481.75 | |
| | | | | | | | | | | | | GRAND TOTAL | | | | 1,180,312.25 | |

THIS PROJECTION DOES NOT INCLUDE OTHER MISCELLANEOUS JOBS UNDER $10,000. J&D CONSTRUCTION WILL CONTINUE TO BID PROJECTS AS THEY COME OPEN DURING THE DURATION OF THIS PROJECTION.