# EQUIPMENT LIST

*July 22, 2019*

### J&D Construction Equipment list

| | | |
|---|---|---|
| KUBOTA KX-080-3 EXCAVATOR (35,000.00) | 1995 FORD HAUL TRUCK (17,000.00) | KUBOTA KX-080 -4 EXCAVATOR (95,000.00) |
| JOHN DEERE 332CT SKID STEER (35,000.00) | 1982 WHITE DUMPTRUCK (8,500.00) | JOHN DEERE 333D SKID STEER (40,000.00) |
| CATERPILLAR 12G MOTOR GRADER (45,000.00) | 1980 BELSHE TRAILER (3,000.00) | BOMAG BW120-5 STEEL WHEEL ROLLER (29,000.00) |
| CASE 580M BACKHOE (35,000.00) | 2002 TARGET TRAILER (2,500.00) | BASIC 700 PNEUMATIC 6 TON ROLL (25,000.00) |
| ALLIS-CHALMERS DD12 MOTORGRADER (5,000.00) | 2003 STAGECOACH TRAILER (4,500.00) | BENFORD SP2008 PADFOOT ROLLER (15,000.00) |
| ARROW 1250T HAMMER (11,500.00) | 1981 FLOAT TRAILER (3,000.00) | 1980 REX HDS 100 (6,500.00) |
| HAMM HD12 STEEL WHEEL ROLLER (5,500.00) | JOHN DEERE 624E WHEEL LOADER (24,000.00) | 2015 GEHL 1648 PLUS POWERBOX PAVER (55,000.00) |
| 1982 REX HDS 100 (7,500.00) | KUBOTA L2900 TRACTOR (5,000.00) | DR325HT ASPHALT TAC TRAILER (12,000.00) |
| KOMATSU 200 TRACKHOE (25,000.00) | 2015 CHICAGO PNEUMATIC PLATE TAMP (1,500.00) | 1999 GMC 6500 WATER TRUCK (9,500.00) |
| KUBOTA L3700SU TRACTOR (12,500.00) | | 1993 MACK DUMPTRUCK (18,000.00) |
| 1989 VOLVO DUMPTRUCK (5,500.00) | | CATERPILLAR 12H MOTORGRADER (85,000.00) |

| | |
|---|---|
| 1997 FREIGHTLINER DUMPTRUCK (11,500.00) | RIDE ON CONCRETE SAW (GAS POWERED) (4,500.00) |
| 1991 INTERNATIONAL DUMPTRUCK (10,500.00) | WALK BEHIND CONCRETE SAW (GAS POWERED) (1,250.00) |
| 1986 INTERNATIONAL DUMPTRUCK (10,500.00) | |
| 2001 WITZCO HAUL TRAILER (23,000.00) | |
| 1984 FRUEHAUF DUMP TRAILER (10,500.00) | |
| 2000 REDI HAUL EQUIPMENT TRAILER (4,500.00) | |

Total Estimated Value:  $757,750.00

### Miscellaneous Tools:

Tools on 2002 dodge 3500 – $3,500.00 – Truck itself 6,500.00 = $10,000.00
Tools on 1998 chevy 3500 - $3,500.00 – Truck itself 5,000.00 = $8,500.00

### Shop tools:
Welders x3
Power tools, hand tools, specialty tools for engines and drive line repair, shovels, rakes, brooms, tire tool equipment,
Blow torches x4, spare parts for equipment, saws, wrenches, sockets, air tools and accessories, etc.
$30,000.00

### Miscellaneous Tools and Equipment at another yard:
Welder and trailer – $5,000.00
1970's Kenworth haul truck – $10,000.00
Ford haul truck – $2,500.00
Two end dump trailers -$20,000.00
Power tools, hand tools, specialty tools for engines and drive line repair, shovels, rakes, brooms, tire tool equipment,
Blow torches x2, spare parts for equipment, saws, wrenches, sockets, air tools and accessories, etc.
$20,000.00
Scrap metal – 3,000.00
Other trucks, equipment, buses, truck beds used for spare parts – $25,000.00
3 16ft bumper pull trailers – $6,000.00

**Total: $735,850.00**

*Jared Don Fowler*
*President*
*J&D Construction, LLC*
*1210 30th ST.*
*Wichita Falls, Texas 76302*
*(940)631-3685*