PRESENTED BY: JARED FOWLER

J AND D CONSTRUCTION LLC
YEARLY DRAW PROJECT REPORT
07/5/2019

| PROJECTS | MONTH | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | PROJECT TOTALS | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 KEMP - MONROE DRAINAGE PROJECT | START/FINISH DATES | 10th | | | | | | | | 15th | | | | | | PAYMENTS WILL BE RECEIVED BY THE 15TH OF THE FOLLOWING MONTH, PROJECT TOTAL DOES NOT INCLUDE POSSIBLE CHANGE ORDERS THAT MAY INCREASE PRICE. |
| | DRAW AMOUNTS | | 17,544.90 | 39,028.12 | 39,028.08 | 39,028.08 | 39,028.08 | 39,028.08 | 39,028.08 | 39,028.08 | | | | | $250,251.50 | |
| SAFB MAIN GATE | START/FINISH DATES | | 15th | | | | | | | | | 15th | | | | PAYMENTS WILL BE RECEIVED BY THE 15TH OF THE FOLLOWING MONTH, PROJECT TOTAL DOES NOT INCLUDE POSSIBLE CHANGE ORDERS THAT MAY INCREASE PRICE. AWARDED AND AWAITING CONTRACT |
| | DRAW AMOUNTS | | 25,433.59 | 47,855.49 | 47,865.49 | 47,865.49 | 47,865.49 | 47,865.49 | 47,865.49 | 47,865.49 | 47,865.49 | 47,865.49 | | | $456,723.00 | |
| RDF RV PARK | START/FINISH DATES | | | | 1st | | | | | | | 5th | | | | PAYMENTS WILL BE RELIEVED BY THE 15TH UP TH FOLLOWING MONTH, PROJECT TOTAL DOES NOT INCLUDE POSSIBLE CHANGE ORDERS THAT MAY INCREASE PRICE. PROJECT HAS BEED AWARDED BUT DELAYED DUE TO ENGINEERING PLANS. |
| | DRAW AMOUNTS | | | | 46,000.00 | 59,142.90 | 59,142.85 | 59,142.85 | 59,142.85 | 59,142.85 | 59,142.85 | 59,142.85 | | | $450,000.00 | |
| SAFB MAIN GATE UPGRADE | START/FINISH DATES | | 15th | | | | | | | | | 15th | | | | PAYMENTS WILL BE RECEIVED BY THE 15TH OF THE FOLLOWING MONTH, PROJECT TOTAL DOES NOT INCLUDE POSSIBLE CHANGE ORDERS THAT MAY INCREASE PRICE. AWARDED AND AWAITING CONTRACT |
| | DRAW AMOUNTS | | 8,950.00 | 26,584.00 | 26,584.00 | 26,584.00 | 26,584.00 | 26,584.00 | 26,584.00 | 26,584.00 | 26,584.00 | 26,572.62 | | | $240,744.62 | |
| 2019 ALLEY REHAB PROJECT | START/FINISH DATES | | 10th | | | | | | 10TH | | | | | | | PAYMENTS WILL BE RECEIVED BY THE 15TH OF THE FOLLOWING MONTH, PROJECT TOTAL DOES NOT INCLUDE POSSIBLE CHANGE ORDERS THAT MAY INCREASE PRICE. AWARDED AND AWAITING CONTRACT |
| | DRAW AMOUNTS | | | 30,875.00 | 7,720.80 | 7,720.80 | 7,720.80 | 7,720.80 | 7,720.80 | | | | | | $69,479.00 | |
| | START/FINISH DATES | | | | | | | | | | | | | | | |
| | DRAW AMOUNTS | | | | | | | | | | | | | | $0.00 | |
| | START/FINISH DATES | | | | | | | | | | | | | | | |
| | DRAW AMOUNTS | | | | | | | | | | | | | | $0.00 | |
| | MONTHLY TOTALS | - | 52,028.49 | 133,352.61 | 167,298.37 | 180,341.27 | 180,341.22 | 180,341.22 | 180,341.22 | 177,620.42 | 133,592.34 | 133,630.96 | | | TOTAL AWARDED PROJECTS | 1,513,798.12 |
| RECENT PROJECTS CURRENTLY UNDER BID OR BIDDED AND AWAITING RESULTS | | | | | | | | | | | | | | | | |
| Holiday Inn Express project (Waiting for results) | POSSIBLE START DATE | | | 10TH | | | | | 15TH | | | | | | | PAYMENTS WILL BE RECEIVED BY THE 20TH OF THE FOLLOWING MONTH, PROJECT TOTAL DOES NOT INCLUDE POSSIBLE ADDENDUMS THAT MAY INCREASE PRICE. |
| | DRAW AMOUNTS | | | | 30,655 | 26,570 | 26,570 | 26,570 | 26,570 | | | | | | $136,935.00 | |
| Colonial Park Veterinary Hospital (Bids 11th of July) | POSSIBLE START DATE | | | 20TH | | | | | | | | | | | | PAYMENTS WILL BE RECEIVED BY THE 20TH OF THE FOLLOWING MONTH, PROJECT TOTAL DOES NOT INCLUDE POSSIBLE ADDENDUMS THAT MAY INCREASE PRICE. |
| | DRAW AMOUNTS | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | TOTAL BIDDED PROJECTS | 136,935.00 | |
| | | | | | | | | | | | | | | GRAND TOTAL | 1,650,733.12 | |

THIS PROJECTION DOES NOT INCLUDE OTHER MISCELLANEOUS JOBS UNDER $10,000. J&D CONSTRUCTION WILL CONTINUE TO BID PROJECTS AS THEY COME OPEN DURING THE DURATION OF THIS PROJECTION.