

# J&D CONSTRUCTION, LLC
## —— WICHITA FALLS, TX ——

Cell: 940-631-3685   Office/Fax: 940-385-1535

## Vendors Debt List

July 8 2019

| Vendors | Amount Owed |
|---|---|
| 1.) HAIGOOD & CAMPBELL LLC<br>BOX 1066<br>ARCHER CITY TX 76351 | $15,171.16 |
| 2.) FEDERATED INSURANCE<br>PO BOX 64304<br>SAINT PAUL MN 55164-0304 | $15,299.00 |
| 3.) ZACK BURKETT CO<br>P.O. BOX 40<br>GRAHAM TX 76450 | $8,270.26<br>+($3,700.00) Check return<br>$11,970.26 |
| 4.) TOMMY SMYTH<br>WICHITA COUNTY TAX ASSESSOR COLLECTOR<br>600 SCOTT AVE STE 103<br>WICHITA FALLS TX 76301 | $10,000.00 |
| 5.) H.G. JENKINS CONSTURCITON ASPHALT<br>1630 SW RAILROAD ST<br>LAWTON OK 73501 | $6,650.00 |
| 6.) TUGMAN & COX PC<br>308 S AVE D<br>BURKBURNETT, TX 76354 | $5,145.00 |
| 7.) FOWLER TRUCKING AND DIESEL REPAIR, INC.<br>2434 Business Highway 287j<br>Iowa Park, TX 76367 | $3,500.00 |
| 8.) POWERPLAN<br>21310 NETWORK PLACE<br>CHICAGO IL 60673-1213 | $3,369.68 |

| Vendors | Amount Owed |
|---|---|
| 9.) US LIME COMPANY<br>PO BOX 201752<br>DALLAS TX 75320-1752 | $2,614.05 |
| 10.) DOLESE BROS CO<br>BOX 960144<br>OKLAHOMA CITY OK 73196-0144 | $2,365.24 |
| 11.) UNIFIRST HOLDINGS INC<br>4407 HENRY S GRACE FRWY<br>WICHITA FALLS TX 76302 | $1,219.97 |
| 12.) T&W TIRE<br>PO BOX 258859<br>OKLAHOMA CITY OK 73125-8859 | $1,011.24 |
| 13.) ALLEY'S GENERATOR SHOP<br>4503 OLD JACKSBORO HWY<br>WICHITA FALLS TX 76302 | $966.69 |
| 14.) ATMOS ENERGY<br>PO BOX 841425<br>DALLAS TX 75284-1425 | $937.01 |
| 15.) ACTION BATTERY<br>911 OLD JACKSBORO HWY<br>WICHITA FALLS TX 76301 | $368.23 |
| 16.) ASCO EQUIPMENT<br>PO BOX 3888<br>LUBBOCK TX 79452 | $329.70 |
| 17.) WYATT MOTOR & BRAKE<br>606 E SCOTT<br>WICHITA FALLS TX 76301 | $279.79 |
| 18.) SOUTHERN TIRE MART (ACCOUNT UNDER FOWLER CONSTRUCTION)<br>810 E SCOTT AVE<br>WICHITA FALLS TX 76301 | $2,048.88 |
| 19.) TECH AIR OF TEXAS (ACCOUNT UNDER FOWLER CONSTRUCTION)<br>PO BOX 69016<br>BALTIMORE MD 21264-9016 | $131.14 |

| Vendors | Amount Owed |
|---|---|
| **20.)** WESTERN SUPPLIES<br>3601 Central E Fwy<br>Wichita Falls, TX 76306 | $111.28 |
| **21.)** WICHITA BEARING<br>PO BOX 1150<br>WICHITA FALLS TX 76307 | $92.40 |
| **22.)** DODGE DATE & ANALYTICS LLC<br>300 American Metro Blvd #185<br>Hamilton Township, NJ 08619 | $568.16 |

**TOTAL VENDOR DEBT** — **$84,148.88**

*Handwritten additions:*

Mack & Volvo
Bruckner's Truck — $3,000.00
4520 Northwest Fwy
Wichita Falls TX, 76306

Big City Crushed Concrete — $7,900.00
4600 Old Decatur Rd
Fort Worth TX, 76106