**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

In re: **J&D Construction, LLC**  CASE NO  **19-70190-11**
  CHAPTER  **11**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

  1. Gross Income for 12 Months Prior to Filing: $236,350.00

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

  2. Gross Monthly Income: $39,700.00

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

  3. Net Employee Payroll (Other Than Debtor): $14,000.00
  4. Payroll Taxes: $3,000.00
  5. Unemployment Taxes: $0.00
  6. Worker's Compensation: $550.00
  7. Other Taxes: $83,000.00
  8. Inventory Purchases (including raw materials): $0.00
  9. Purchase of Feed/Fertilizer/Seed/Spray: $0.00
  10. Rent (other than debtor's principal residence): $0.00
  11. Utilities: $600.00
  12. Office Expenses and Supplies: $1,000.00
  13. Repairs and Maintenance: $1,000.00
  14. Vehicle Expenses: $500.00
  15. Travel and Entertainment: $0.00
  16. Equipment Rental and Leases: $0.00
  17. Legal/Accounting/Other Professional Fees: $800.00
  18. Insurance: $2,000.00
  19. Employee Benefits (e.g., pension, medical, etc.): $0.00
  20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): None
  21. Other (Specify):
    **Asphalt, base rock for project** $8,000.00
  22. Total Monthly Expenses (Add items 3 - 21): $114,450.00

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

  23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2): -$74,750.00