9:08 AM
06/26/19
Cash Basis

# J&D CONSTRUCTION LLC
## Balance Sheet
### As of December 31, 2017

|  | Dec 31, 17 |
|---|---:|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| FIDELITY BANK - SAVINGS | 6,489.49 |
| FIDELITY BANK | 9,145.23 |
| **Total Checking/Savings** | 15,634.72 |
| **Total Current Assets** | 15,634.72 |
| **Fixed Assets** |  |
| Accumulated Depreciation | -195,969.78 |
| Furniture and Equipment | 386,923.48 |
| **Total Fixed Assets** | 190,953.70 |
| **TOTAL ASSETS** | **206,588.42** |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Other Current Liabilities** |  |
| Income Tax Payable | 8,218.00 |
| Payroll Liabilities | 4,275.60 |
| **Total Other Current Liabilities** | 12,493.60 |
| **Total Current Liabilities** | 12,493.60 |
| **Long Term Liabilities** |  |
| N/P - Billy Fowler Fidelity | 13,528.64 |
| N/P - Fidelity 120583 | 25,000.00 |
| N/P - Fidelity 123049 | 43,558.34 |
| N/P - Fidelity 123229 | 6,466.95 |
| N/P - Fidelity 93124 | 201,411.63 |
| N/P - KUBOTA | 84,260.76 |
| **Total Long Term Liabilities** | 374,226.32 |
| **Total Liabilities** | 386,719.92 |
| **Equity** |  |
| Members Draw | -110,458.99 |
| Members Equity | -95,647.66 |
| Net Income | 25,975.15 |
| **Total Equity** | -180,131.50 |
| **TOTAL LIABILITIES & EQUITY** | **206,588.42** |

9:05 AM
06/26/19
Cash Basis

# J&D CONSTRUCTION LLC
## Profit & Loss
### January through December 2017

|  | TOTAL |
|---|---:|
| **Ordinary Income/Expense** |  |
|   **Income** |  |
|     Freight Income | 2,695.00 |
|     Construction Income | 670,775.01 |
|   **Total Income** | 673,470.01 |
|   **Cost of Goods Sold** |  |
|     Blueprints and Reproduction | 1,650.55 |
|     Bond Expense | 5,800.15 |
|     Construction Materials Costs | 88,061.52 |
|   **Total COGS** | 95,512.22 |
| **Gross Profit** | 577,957.79 |
|   **Expense** |  |
|     Advertising | 300.00 |
|     Auto and Truck Expenses |  |
|       Tags | 220.59 |
|       Tolls | 99.76 |
|       Fuel | 37,837.89 |
|     **Total Auto and Truck Expenses** | 38,158.24 |
|     Bank Service Charges | 7,311.86 |
|     Damages | 871.80 |
|     Depreciation Expense | 100,711.78 |
|     Education | 340.00 |
|     Equipment Rental for Jobs | 840.05 |
|     Freight/Shipping | 63,355.26 |
|     Insurance |  |
|       Worker's Compensation Insurance | 5,315.00 |
|       Insurance Expense - General | 32,638.29 |
|     **Total Insurance** | 37,953.29 |
|     Interest Expense | 19,761.01 |
|     License and Permits | 328.13 |
|     Meals and Entertainment | 2,637.41 |
|     Office Supplies | 1,468.98 |
|     Payroll Expenses | 143,703.18 |
|     Payroll Taxes | 13,007.70 |
|     Professional Fees |  |
|       Legal Fees | 1,055.00 |
|       Accounting Fees | 10,182.29 |
|     **Total Professional Fees** | 11,237.29 |
|     Repairs and Maintenance | 21,884.34 |
|     Security | 186.75 |
|     Subcontractors Expense | 45,100.00 |
|     Supplies | 6,776.16 |
|     Taxes | 7,987.55 |
|     Telephone Expense | 6,028.98 |
|     Travel Expense |  |
|       Hotel | 2,057.92 |
|       Travel | 917.02 |
|     **Total Travel Expense** | 2,974.94 |
|     Uniforms | 5,811.82 |
|     Utilities | 5,032.61 |
|   **Total Expense** | 543,769.13 |
| **Net Ordinary Income** | 34,188.66 |

9:05 AM
06/26/19
Cash Basis

# J&D CONSTRUCTION LLC
# Profit & Loss
### January through December 2017

|  | TOTAL |
|---|---:|
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 4.49 |
| **Total Other Income** | 4.49 |
| **Other Expense** | |
| Income Tax Expense | 8,218.00 |
| **Total Other Expense** | 8,218.00 |
| **Net Other Income** | -8,213.51 |
| **Net Income** | 25,975.15 |