9:49 AM
06/26/19
Cash Basis

# J&D CONSTRUCTION LLC
## Balance Sheet
### As of December 31, 2018

|  | Dec 31, 18 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       FIDELITY BANK - SAVINGS | 45.40 |
|       FIDELITY BANK | -27,953.57 |
|     **Total Checking/Savings** | -27,908.17 |
|   **Total Current Assets** | -27,908.17 |
|   **Fixed Assets** | |
|     Accumulated Depreciation | -260,325.78 |
|     Furniture and Equipment | 387,583.48 |
|   **Total Fixed Assets** | 127,257.70 |
| **TOTAL ASSETS** | **99,349.53** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Other Current Liabilities** | |
|         Income Tax Payable | 8,218.00 |
|         Payroll Liabilities | 3,002.40 |
|       **Total Other Current Liabilities** | 11,220.40 |
|     **Total Current Liabilities** | 11,220.40 |
|     **Long Term Liabilities** | |
|       N/P - Fidelity 133831 | 23,345.57 |
|       N/P - Billy Fowler Fidelity | 12,892.57 |
|       N/P - Fidelity 120583 | 25,000.00 |
|       N/P - Fidelity 93124 | 223,440.52 |
|       N/P - KUBOTA | 61,007.49 |
|     **Total Long Term Liabilities** | 345,686.15 |
|   **Total Liabilities** | 356,906.55 |
|   **Equity** | |
|     Members Draw | -71,668.71 |
|     Members Equity | -180,131.50 |
|     Net Income | -5,756.81 |
|   **Total Equity** | -257,557.02 |
| **TOTAL LIABILITIES & EQUITY** | **99,349.53** |

9:05 AM
06/26/19
Cash Basis

# J&D CONSTRUCTION LLC
## Profit & Loss
### January through December 2018

|  | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Freight Income | 18,470.75 |
|     Construction Income | 455,796.73 |
|   **Total Income** | 474,267.48 |
|   **Cost of Goods Sold** | |
|     Blueprints and Reproduction | 959.40 |
|     Construction Materials Costs | 29,587.84 |
|   **Total COGS** | 30,547.24 |
| **Gross Profit** | 443,720.24 |
|   **Expense** | |
|     Advertising | 491.00 |
|     **Auto and Truck Expenses** | |
|       Tags | 523.80 |
|       Tolls | 34.92 |
|       Fuel | 34,539.88 |
|     **Total Auto and Truck Expenses** | 35,098.60 |
|     Bank Service Charges | 12,705.50 |
|     Damages | 3,589.13 |
|     Depreciation Expense | 64,356.00 |
|     Dues & Subscriptions | 293.16 |
|     Equipment Rental for Jobs | 9,386.22 |
|     Freight/Shipping | 17,424.80 |
|     **Insurance** | |
|       Worker's Compensation Insurance | 7,819.03 |
|       Insurance Expense - General | 19,160.78 |
|     **Total Insurance** | 26,979.81 |
|     Interest Expense | 22,074.49 |
|     License and Permits | 1,718.08 |
|     Meals and Entertainment | 510.88 |
|     Office Supplies | 850.71 |
|     Payroll Expenses | 191,054.09 |
|     Payroll Taxes | 1,647.42 |
|     **Professional Fees** | |
|       Legal Fees | 375.00 |
|       Accounting Fees | 4,145.00 |
|       Professional Fees - Other | 475.00 |
|     **Total Professional Fees** | 4,995.00 |
|     Rent Expense | 1,786.12 |
|     Repairs and Maintenance | 28,769.04 |
|     Subcontractors Expense | 575.00 |
|     Supplies | 5,407.10 |
|     Taxes | 9,532.12 |
|     Telephone Expense | 960.94 |
|     Uniforms | 4,578.61 |
|     Utilities | 1,666.61 |
|   **Total Expense** | 446,450.43 |
| **Net Ordinary Income** | -2,730.19 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     Interest Income | 2.79 |
|   **Total Other Income** | 2.79 |

Page 1

9:05 AM
06/26/19
Cash Basis

# J&D CONSTRUCTION LLC
## Profit & Loss
### January through December 2018

|  | TOTAL |
|---|---:|
| **Other Expense** |  |
|     Owners Life Insurance | 3,029.41 |
| **Total Other Expense** | 3,029.41 |
| **Net Other Income** | -3,026.62 |
| **Net Income** | **-5,756.81** |