

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 17, 2020

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | ( | |
| | ( | |
| J&D CONSTRUCTION, LLC | ( | CASE NO. 19-70190-HDH-11 |
| | ( | |
| | ( | (CHAPTER 11) |
| | ( | |
| Debtor | ( | |

## FINAL DECREE

On this day was presented the Application for Final Decree of the Debtor, J&D Construction LLC.  After notice had been given as prescribed in the Bankruptcy Rules and after hearing the attorney for the Debtor, and no one having appeared in opposition thereto, and upon consideration of said motion and the Debtor's Post-Confirmation Report, and it appearing that the reorganization plan of the Debtor has been fully consummated, and that the Debtor has distributed its assets in accordance with the Debtor's Plan of Reorganization, and due deliberation having been had thereon, it is

ORDERED, ADJUDGED, AND DECREED:

1. That except as provided in 11 U.S.C. §1141(d)(2) and (d)(3), the provisions of the confirmed Plan bind the Debtor, any entity acquiring property under the Plan, and any creditor or equity security holder, of, or general partner in the Debtor, whether or not the claim or interest of such creditor, equity security holder or general partner has accepted the Plan.

2. That except as otherwise provided in the Plan or the Order Confirming the Plan, all property of the estate is vested in the Debtor.

3. That except as provided in the Plan or in the Order Confirming the Plan, the property dealt with by the Plan is free and clear of all claims and interest of creditors, of equity security holders and of general partners of the Debtor.

4. That except as provided in 11 U.S.C. § 1141(d)(2) and (d)(3), and except as otherwise provided in the Plan or in the Order Confirming the Plan, the Debtor is discharged from any debt that arose before the date of the Order Confirming the Plan, and any debt of any kind specified in 11 U.S.C. §502(g), 502(h), or 502(i), whether or not (a) a proof of the claims based on such debt was filed or deemed filed under 11 U.S.C. §501, (b) such claim was allowed under 11 U.S.C. §502, or (c) the holder of such claim accepted the Plan. All allowed claims have been paid.

5. That except as provided in the Plan or in the Order Confirming the Plan, all rights and interests of equity security holders and general partners provided for by the Plan are terminated.

6. That all creditors of, claimants against, stockholders of, and persons having or claiming interest of any nature whatsoever in the property and assets of said Debtor be, and they hereby are, enjoined and stayed from pursuing or attempting to pursue any action, commencing

or continuing any action, employing any process, or any act against said Debtor or its property, on account of or based upon any right, claim, or interest which any such creditors, claimant, stockholder, or other person may have had at the date of the filing of the Debtors petition herein under Chapter 11 of the Bankruptcy Code, except with respect to claims, rights, or interests arising out of the Plan or orders of this Court.

      7.      That the Debtor's Post-Confirmation Report is hereby approved.

      8.      That the bankruptcy estate of J&D Construction, be, and it hereby is closed.

# # # END OF ORDER # # #

PREPARED BY:
John A. Leonard
LEONARD, KEY & KEY, P.L.L.C.
900 8th Street, Suite 320
Wichita Falls, Texas 76301
Phone: 940/322-5217
Fax:    940/322-3381
E-mail:lenbiz@rlklaw.net
Attorneys for Debtor